## JOHN AMANN

### *v.*

## THE PEOPLE OF THE STATE OF ILLINOIS.

ABATEMENT—*misnomer—striking plea from files.* A defendant, indicted by the name of John Ammon, filed a plea in abatement, duly verified, setting forth that he was named and called John Amann, and that he had never been named and called John Ammon. The court, on its own motion, struck the plea from the files: *Held*, that the court erred in its action, as the plea was good in form and substance, and the defendant was entitled to have the issue tendered tried by a jury, or otherwise disposed of according to law.

WRIT OF ERROR to the Circuit Court of DeWitt county; the Hon. LYMAN LACEY, Judge, presiding.

This was an indictment against the plaintiff in error for selling intoxicating liquor to a minor.

Messrs. MOORE & WARNER, for the plaintiff in error.

Mr. JUSTICE SCOTT delivered the opinion of the Court:

This was a prosecution for selling spirituous liquors to a minor. Plaintiff in error was indicted by the name of John Ammon. When arraigned, he filed a plea in abatement, duly verified by his affidavit, setting forth that he was named and called John Amann, and that he had never been named and called John Ammon. On its own motion, the court ordered this plea to be stricken from the files, which was done. The defendant excepted to the action of the court, and has preserved his exception in the record in due form.

A trial was then had, which resulted in a verdict of guilty. Motions for a new trial and in arrest of judgment having been overruled, the accused was sentenced to imprisonment in the county jail for a period of ten days, and adjudged to pay a fine of $20, together with the costs of prosecution.

It was error in the court, of its own motion, or for any cause appearing in the record, to strike defendant's plea in

abatement from the files.   It was good in form and in sub-
stance, and he was therefore entitled to have the issue
tendered thereby tried by a jury, or otherwise disposed of
according to law.

For the error indicated the judgment will be reversed and
the cause remanded.

*Judgment reversed.*